**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Amir R.R. CRUZ–WEST, Petitioner**

**No. 389 EAL 2016**

Supreme Court of Pennsylvania.

December 7, 2016

## ORDER

PER CURIAM

**AND NOW,** this 7th day of December, 2016, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Melvin MCILWAINE, Petitioner**

**No. 387 EAL 2016**

Supreme Court of Pennsylvania.

December 7, 2016

## ORDER

PER CURIAM

**AND NOW,** this 7th day of December, 2016, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Jason LOZADA, Petitioner**

**No. 403 EAL 2016**

Supreme Court of Pennsylvania.

December 7, 2016

## ORDER

PER CURIAM

**AND NOW,** this 7th day of December, 2016, the Petition for Allowance of Appeal is **DENIED.**

Justice Mundy did not participate in the consideration or decision of this matter.